**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | 5:04-CR-127 (WDO) |
| **REGINA STRIPLING,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

This matter is before the Court on Defendant Stripling's motion to reduce her sentence based on Sentencing Guideline Amendment 706, effective November 1, 2007, which addresses the 100:1 crack to powder cocaine ratio. Because the Amendment has not yet been made retroactive and therefore does not apply to Defendant Stripling's case, the Court may not reduce her sentence based on that Amendment. See United States v. Paris, 2007 WL 4201129, at *3 (E.D. Mich. Nov. 28, 2007) (discussing Amendment 706 and noting it is not listed among the amendments made retroactive but also noting that the Sentencing Commission is currently receiving public comment on whether to make Amendment 706 retroactive). Defendant's Motion to Reduce Sentence [267] is therefore DENIED WITHOUT PREJUDICE.

SO ORDERED this 3rd day of December, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON**
**UNITED STATES DISTRICT JUDGE**

cf